# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Reyna, Jimmie V. | 2. Court or Organization  U.S. Court of Appeals for the Federal Circuit | 3. Date of Report  05/14/2012 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Circuit Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2011  to  12/31/2011 |
|---|---|---|

**7. Chambers or Office Address**

U.S. Court of Appeals for the Federal Circuit
National Courts Building
717 Madison NW
Washington, DC 20439

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Shareholder, Board of Directors | Williams Mullen Clark & Dobbins, P.C. |
| 2. | Board of Directors | Community Services for Autistic Adults and Children Foundation |
| 3. | Member | Nationwide Hispanic Advisory Council, Big Brothers Big Sisters of America, Inc. |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyna, Jimmie V. | 05/14/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Former Law Firm (Williams Mullen, PC), partnership distribution | $143,050.90 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Montgomery Public Schools, salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Richard Linn American Inn of Court | June 18 | Chicago, Illinois | Bar Association meeting | Transportation, meals, hotel |
| 2. | Federal Circuit Bar Association Annual Meeting | June 22-25 | Key Biscayne, Florida | Bar Association meeting, speaker | Transportation, meals, hotel |
| 3. | Federal Circuit Bar Association & Eastern District of Texas Bar Association | September 25-27 | Dallas, Texas | Bar Association meeting, speaker | Transpotation, meals, hotel |
| 4. | Intellectual Property Lawyers Assocation of Chicago | November 4 | Chicago, Illinois | Bar Association meeting, speaker | Transportation, meals, hotel |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyna, Jimmie V. | 05/14/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Federal Circuit Bar Association | Reception for Investiture | $5,000.00 |
| 2. | Customs and International Trade Bar Association | Reception for Investiture | $2,500.00 |
| 3. | Hispanic Bar Association of DC | Reception for Investiture | $500.00 |
| 4. | Williams Mullen Clark and Dobbins | Reception for Investiture | $25,412.00 |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citimortgage | Mortgage in rental property, Montgomery County (MD (See Pt. VIII, line 1) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyna, Jimmie V. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property, Montgomery County, MD | D | Rent | M | W | | | | | |
| 2. Chevy Chase Bank, account | A | Interest | | | Closed | 04/14/11 | J | A | |
| 3. PNC Bank, account | A | Interest | L | T | | | | | |
| 4. MCT Credit Union, account | A | Interest | K | T | | | | | |
| 5. BOE, Common Stock | A | Dividend | | | Sold | 12/08/11 | J | A | |
| 6. GE, Common Stock | A | Dividend | | | Sold | 12/08/11 | J | A | |
| 7. SIR, Common Stock | A | Dividend | | | Sold | 12/08/11 | J | A | |
| 8. BALBX, mutual fund | A | Dividend | K | T | | | | | |
| 9. AFBXX, money market | A | Interest | K | T | | | | | |
| 10. CIBBX, mutual fund | A | Dividend | K | T | | | | | |
| 11. CWGBX, mutual fund | A | Dividend | K | T | | | | | |
| 12. RLBFX, mutual fund | B | Dividend | M | T | | | | | |
| 13. Northwestern Life, Variable Policy #1 | | | | | | | | | |
| 14. Select Bond | B | Int./Div. | J | T | | | | | |
| 15. Money Market | A | Interest | J | T | | | | | |
| 16. Index 400 Stock | B | Int./Div. | J | T | | | | | |
| 17. Small Cap Growth Stock | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyna, Jimmie V. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Russel Real Estate Securities | A | Int./Div. | J | T | | | | | |
| 19. Small Cap Value | B | Int./Div. | K | T | | | | | |
| 20. Northwestern Life, Variable Policy #2 | | | | | | | | | |
| 21. Select Bond | A | Int./Div. | J | T | | | | | |
| 22. Money Market | A | Interest | J | T | | | | | |
| 23. Index 400 Stock | A | Int./Div. | J | T | | | | | |
| 24. Small Cap Growth Stock | A | Int./Div. | J | T | | | | | |
| 25. Russel Real Estate Securities | A | Int./Div. | J | T | | | | | |
| 26. Small Cap Value | A | Int./Div. | J | T | | | | | |
| 27. New York Life, Variable Policy | | | | | | | | | |
| 28. International Equity | A | Int./Div. | J | T | | | | | |
| 29. UIF Eme Equity | A | Int./Div. | J | T | | | | | |
| 30. TRP Eq Inc | A | Int./Div. | J | T | | | | | |
| 31. VE GLBL HA | A | Int./Div. | J | T | | | | | |
| 32. Cmmn Stock | A | Int./Div. | J | T | | | | | |
| 33. Worldwide | A | Int./Div. | J | T | | | | | |
| 34. Contrafund | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyna, Jimmie V. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Northwestern Life, IRA | | | | | | | | | |
| 36. Index Stock 500 (MSA) | A | Int./Div. | L | T | | | | | |
| 37. Index 400 Stock (MSA) | A | Int./Div. | M | T | | | | | |
| 38. Small Cap Value (MSA/T Rowe Price) | A | Int./Div. | M | T | | | | | |
| 39. International Equity (MSA/FRanklin TMPL) | A | Int./Div. | L | T | | | | | |
| 40. Select Bond (MSA) | A | Int./Div. | M | T | | | | | |
| 41. Russel Global Real Estate Securities | A | Int./Div. | L | T | | | | | |
| 42. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyna, Jimmie V. | 05/14/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Reyna, Jimmie V. | 05/14/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Jimmie V. Reyna**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544